JOSEPH H. TOOKER, JR., Respondent, *v.* THE SECURITY TRUST COMPANY, Appellant.

*Tooker* v. *Security Trust Co.*, 26 App. Div. 372, affirmed.
(Argued November 13, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 1, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Charles E. Patterson* for appellant.

*Wilson Brown, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.